IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY J. BATIZI,

        Petitioner,

v.                                    Case No.  5D18-1165

STATE OF FLORIDA,

        Respondent.
_____/

Opinion filed July 6, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Gregory J. Batizi, Blountstown, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 2, 2017 judgment and sentence rendered in Case No. 2016-CF-1986, in the Circuit Court in and for St. Johns County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

EVANDER, LAMBERT and EISNAUGLE,  JJ., concur.